THOMAS COUGHLIN, Plaintiff, v. SANFORD NALLITT CO., LTD. et al., Defendants. CONGAREE IRON & STEEL CO., INC., Defendant and Third-Party

Plaintiff, v. NICHOLAS SUCICH, Third-Party Defendant. DELCO STEEL FABRICATORS INC., Defendant and Fourth-Party Plaintiff-Appellant, v. NICHOLAS SUCICH, Fourth-Party Defendant-Respondent.—

Concur— Stevens, P. J., Nunez, Kupferman, Steuer and Eager, JJ.